President and Directors of the Bank of Pennsylvania, assignees of the Sheriff *against* JOHN LASSEL and STEPHEN BEASELY.

Bail bond forfeited, shall not stand as a security, where the plaintiff can be put in as good a condition, as if he had never been delayed.

SUMMONS debt 4500 dollars, returnable this term. A *capias* had issued against the principal to the last March term, on which the sheriff returned a bail bond; which from some circumstances had not been sued to the last September term.

Messrs. E. Tilghman and *Du Ponceau,* in behalf of the bail now moved that the proceedings on the bail bond should be stayed, on payment of the costs of that suit, and entry of special,

bail *instanter*. This offer had been made, as they asserted, to the plaintiff's attorney, six days before the term commenced. They also agreed, if special bail was permitted to be entered, that judgment should be entered in the original suit, and a *ca. sa.* might issue to the last return day, in order to found a *scire facias* against the special bail to next March term. The principal had no lands which would be subjected to lien, by an earlier judgment, and the plaintiffs would receive no injury or delay, by granting the motion.

Mr. Ingersoll for the plaintiffs, agreed, that the offers stated by the adverse counsel, had been made ; but insisted that the bail was not now relievable. The general rule of practice is, that proceedings on the bail bond will not be stayed, where any injury is done thereby to the plaintiff. 5 Term Rep. 535. Or where the plaintiff has lost a trial. Tidd's Pract. 146. The court will not relieve the bail, even on the death of the principal, where the plaintiff might have had judgment against him, if the bail had been put in and perfected in due time. *Ib.* 157. Cowp. 71. 1 Barnes, 48. Heath v. Astley. *Ib.* 63. Willoughby v. Rhodes. Here the debt being undisputed, judgment would have been entered by the course of the court, at last term, with the usual *cesset* of sixty days.

*Per* M'Kean, C. J. and *Yeates*, J. The general rule here, as in England, is never to make a bail bond stand as a security, where the plaintiff can be put in as good a condition, as if he had never been delayed. Cowp. 71. The raging of the yellow fever at the last term, induced the court to direct, that on judgments then entered, the cessets should be prolonged from sixty days to the first day of the present term. Consequently no execution could have issued earlier than this term, if the bail had been duly entered. The defendant possessed no lands which might have been bound by a judgment at the last September term. And the counsel's argument as to the issuing of the *ca. sa.* returnable during the term removes all difficulty.

Motion granted.

Shippen and Smith Justices refused to take any part in the decision, being stockholders of the bank of Pennsylvania.